IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 25-cv-00378-PAB-NRN

MIGUEL A. VAZQUEZ,

      Plaintiff,

v.

SRS-AOT-AMERICAN ROOFING,
LUIS GONZALEZ,
TRACY SPENCE, and
DAVID F.,

      Defendants.[1]

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Report and Recommendation on Defendants' Motion to Dismiss [Docket No. 31]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 31 at 9; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on March 31, 2026. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927

---

[1] Defendants note that "SRS-AOT-American Roofing Supply" should refer to SRS Distribution Inc. and that "David F." refers to David Falbo. Docket No. 19 at 1 n.1-2. Plaintiff did not file a response to defendants' motion to dismiss, did not object to defendants' representations regarding the proper name of the defendants during the February 18, 2026 motion hearing before the magistrate judge, and did not file an objection to the magistrate judge's recommendation. *See* Docket No. 30.

F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[2] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

ORDERED that the Report and Recommendation on Defendants' Moton to Dismiss [Docket No. 31] is **ACCEPTED**. It is further

ORDERED that Defendants' Motion to Dismiss [Docket No. 19] is **GRANTED**. It is further

ORDERED that plaintiff's ADEA claim is **DISMISSED with prejudice**. It is further

ORDERED that plaintiff's amended complaint, Docket No. 7, is **DISMISSED**. It is further

ORDERED that this case is closed.

DATED May 5, 2026.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

---

[2] This standard of review is something less than a "clearly erroneous" or "contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).